IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAVIER FLORES,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRESNO COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants.<br>_____/ | 1:06-CV-1790 AWI WMW P<br><br>ORDER TO SUBMIT A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |

       Plaintiff Edward Javier Flores ("plaintiff") is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on December 8, 2006.

       Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

       Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1

1.     The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

3.     Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   April 10, 2007**                          /s/  **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE